**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF NORTH CAROLINA**
**WESTERN DIVISION**
**No. 5:24-CV-00545-FL**

| | |
|---|---|
| **THEODORE TANSILL**, | **ORDER ON SUPPLEMENTAL** |
| | **REPORT OF THE PARTIES'** |
| Plaintiff, | **PLANNING MEETING AND** |
| | **MOTION TO STAY PROCEEDINGS** |
| v. | |
| | (Fed. R. Civ. P. 26(f)) |
| **ASTRAZENECA PHARMACEUTICALS LP**, | |
| | |
| Defendant. | |

This matter is before the Court upon the joint motion to stay and supplemental Rule 26(f) report filed March 26, 2025, by defendant AstraZeneca Pharmaceuticals LP ("Defendant") on behalf of itself and plaintiff Theodore Tansill ("Plaintiff") (collectively, the "Parties"). (DE 24). The Court, having considered the joint motion and report, finds good cause for granting it and entering the deadlines requested therein.

IT IS THEREFORE ORDERED that this matter is hereby stayed in its entirety, pending the outcome of the Parties' forthcoming mediation.

IT IS FURTHER ORDERED that within seven days of reaching an agreement in principle to settle or once the mediator decides that the Parties are at an impasse, the Parties will notify the Court accordingly, and that in the event that the Parties reach an impasse, within fourteen days of notifying the Court that they are at an impasse, the deadlines set forth in the Court's Case Management Order (DE 20) and March 17, 2025 Order (DE 23), as well as those set forth herein, will be triggered.

IT IS FURTHER ORDERED that the following deadlines are hereby entered, in addition to those set forth in the Court's Case Management Order (DE 20):

1

- Plaintiff shall amend his pleading and/or join additional parties by April 30, 2025, or 30 days following the Court lifting the stay ordered herein, whichever is later.

- Defendant shall amend its pleading and/or join additional parties by May 30, 2025, or 60 days following the Court lifting the stay ordered herein, whichever is later.

- All motions shall be filed by 30 days following the close of discovery.

- An initial pretrial conference shall be held on a date to be determined by the Court but no sooner than 60 days following the close of discovery or 30 days following the Court's order on dispositive motions, if any, whichever is later.

- Rule 26(a)(3) witness lists, designations of witnesses whose testimony shall be presented by deposition, and exhibit lists, will be filed by 30 days before trial.

- Objections under Rule 26(a)(3) shall be filed by two weeks before trial.

- Trial shall be held on a date to be determined by the Court but no sooner than March 17, 2026, and shall be scheduled for 4 days.

This the 31st day of March, 2025.

LOUISE W. FLANAGAN
United States District Judge